UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABHINAV KUMAR,<br><br>　　　　　Defendant. | CASE NO. 2:24-cr-41<br><br>PRETRIAL CONFERENCE AGENDA |

The Court will follow the agenda below during the upcoming pretrial conference:

| | |
|---|---|
| Trial Date: | 5/8/2024 |
| Trial Length: | 3 Days |
| Trial Schedule: | Trial days: Monday through Friday<br>9:00 a.m. to 4:15 p.m.<br>15-minute breaks at 10:30 a.m. and 2:45 p.m.<br>Lunch from 12:00 p.m. to 1:30 p.m. |
| Next Deadline: | Proposed Trial Exhibits Due: 5/6/2024 |

1. PENDING MOTIONS/ISSUES

2. TRIAL LENGTH

3. JURY SELECTION

    3.1. Juror questionnaire

    3.2. Court's general voir dire

    3.3. Statement of the case

    3.4. Attorney-led voir dire

    3.5. Juror challenges (for cause/preemptory)

    3.6. # of Jurors (alternates)

    3.7. *Batson*

4. PRELIMINARY/IN-TRIAL JURY INSTRUCTIONS

5. WITNESSES

    5.1. Remote/In-Person

    5.2. Accommodations

    5.3. Interpreters

    5.4. Experts

6. TRIAL PROCEDURES

    6.1. The Rule

    6.2. Opening Statement/Closing Argument

    6.3. Evidence not preadmitted

    6.4. Courtroom Technology/Presentation of Exhibits

    6.5. Other considerations

- Sidebars
- Objections
- Lectern
- Decorum

7. MISCELLANEOUS

Dated this 16th day of April, 2024.

                                                       _____
                                                       Jamal N. Whitehead
                                                       United States District Judge

PRETRIAL CONFERENCE AGENDA - 3