Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR24-041 JWN |
|---|---|
| Plaintiff | ORDER TO PERMIT VIDEO TESTIMONY |
| v. | |
| ABHINAV KUMAR, | |
| Defendant. | |

Having considered the parties' Stipulated Motion to Permit Video Testimony, the Court finds and orders as follows:

1. The Court finds that defendant Abhinav Kumar has knowingly, intelligently, and voluntarily waived his right to physically confront the following witnesses at his trial and has consented to their testimony by videoconference:

   a. Filip Gross

   b. Nisha Sufina Aura

   c. Ma Lourleen Allapitan

2. Therefore, the Court orders that the government may present the testimony of the above-named witnesses at defendant Kumar's trial via videoconference.

Order to Permit Video Testimony - 1
*United States v. Kumar*/ CR 24-041 JWN

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 25th day of April, 2024.

Jamal N. Whitehead
United States District Judge

Presented by:

*s/ Miriam R. Hinman*
MIRIAM R. HINMAN
SANAA NAGI
Assistant United States Attorneys

*s/ Jesse Cantor*
JESSE CANTOR
Defense Counsel

Order to Permit Video Testimony - 2
*United States v. Kumar*/ CR 24-041 JWN

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970