UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABHINAV KUMAR,<br><br>Defendant. | CASE NO. 2:24-cr-41<br><br>ORDER GRANTING THE GOVERNMENT'S UNOPPOSED MOTIONS *IN LIMINE* |

The Court GRANTS the Government's Unopposed Motions *in Limine*. Dkt. No. 42. The Court excludes evidence, argument, or any mention of the potential penalties that could be imposed or collateral consequences that could result if Mr. Kumar were found guilty. The Court also excludes witnesses from the courtroom, with the exception of the case agents, Justin Collis and Brian Crist.

Dated this 29th day of April, 2024.

*(signature)*

Jamal N. Whitehead
United States District Judge

ORDER GRANTING THE GOVERNMENT'S UNOPPOSED MOTIONS IN LIMINE - 1