1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

UNITED STATES OF AMERICA,

8
                    Plaintiff,

9
            v.

10
ABHINAV KUMAR,

11
                    Defendant.

12

CASE NO. 2:24-cr-41

MINUTE ORDER

13

14      The following Minute Order is made by direction of the Court, the Honorable

15  Jamal N. Whitehead, United States District Judge: Defense counsel contacted

16  chambers via an email to the Courtroom Deputy to request that the Court establish

17  a phone bridge so that Mr. Kumar's family could listen to the trial proceedings.

18  Except as otherwise provided by statute or the Federal Rules of Criminal

19  Procedure, however, broadcasting of criminal proceedings from the courtroom is

20  prohibited. Fed. R. Crim. P. 53. Mr. Kumar has identified no exception to Rule 53,

21  so his request is therefore denied.

22

23

MINUTE ORDER - 1

Dated this 3rd day of May 2024.

<u>Ravi Subramanian</u>

Clerk

<u>*/s/Kathleen Albert*</u>

Deputy Clerk