The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABHINAV KUMAR,<br><br>Defendant. | NO. CR24-41JNW<br><br>ORDER TO SEAL EXHIBIT |

Having read the Stipulated Motion to Seal and to protect the victim's privacy,

It is hereby ORDERED that the Trial Exhibit A-7 shall remain sealed, with a redacted version filed with the admitted trial exhibits.

DATED this 17th day of May, 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

Order to Seal Document
*United States v. Kumar* / CR24-41JNW - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/ Miriam R. Hinman*
MIRIAM R. HINMAN
SANAA NAGI
Assistant United States Attorneys


*/s/ Jesse Cantor (approved via e-mail)*
JESSE CANTOR
Counsel for Abhinav Kumar

Order to Seal Document
*United States v. Kumar* / CR24-41JNW - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970