The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR24-00041 JNW |
|---|---|
| Plaintiff | ORDER DIRECTING THE COURT REPORTER TO REDACT THE TRIAL AND SENTENCING TRANSCRIPTS |
| v. | |
| ABHINAV KUMAR, | |
| Defendant. | |

Having reviewed the stipulated motion to redact the transcripts from the proceedings held in the above-mentioned case, the Court finds that the redactions are necessary to protect the privacy of the victim and

It is hereby ORDERED, that the court reporter shall redact the victim's first and last name throughout the entirety of the trial transcripts being prepared pursuant to Transcript Requests Dkt. 80 and 81 and replace that name with initials S---- B----.

//

//

//

Order to Redact Transcripts - 1
*United States v. Kumar*/ CR 24-00041 JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Furthermore, it is hereby ORDERED, that any prospective transcripts prepared in this case that mentions the name of the victim, such as a sentencing transcript, shall similarly be redacted to their initials.

DATED this 8th day of July, 2024.

Jamal N. Whitehead
United States District Judge

Presented by:

*s/ Miriam R. Hinman*
MIRIAM R. HINMAN
Assistant United States Attorney

Order to Redact Transcripts - 2
*United States v. Kumar*/ CR 24-00041 JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970